IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1053-CNS-SBP

**JOSE MANUEL VIZCAINO ZUBIA**,

    Plaintiff,

v.

**WASTE MANAGEMENT OF COLORADO, INC., a Colorado corporation,
CHEY CHEY LLC d/b/a MAP Drug Testing, a Colorado limited liability company, and
FOLEY CARRIER INSURANCE SERVICES, LLC, a Delaware limited liability company,**

    Defendants.

## STATUS REPORT

In accordance with the Court's Order on August 27, 2024 (ECF No. 25), Plaintiff Jose Manuel Vizcaino Zubia ("Plaintiff") and Defendants Waste Management of Colorado, Inc., ("WM") and Chey Chey LLC d/b/a MAP Drug Testing ("Chey Chey") hereby submit this Status Report.[1]

    1.    On August 27, 2024, the Court granted the Parties' Joint Motion to Stay (ECF No. 22) given the pending Settlement Conference. ECF No. 25.

    2.    The Settlement Conference was thereafter scheduled for November 5, 2024, before Magistrate Judge Prose. ECF No. 27.

---

[1] WM contacted Defendant Foley Carrier Insurance Services, LLC ("Foley") regarding this Status Report and did not receive a response prior to the time of this filing. The Status Report is therefore filed on behalf of Plaintiff, WM, and Chey Chey only.

3. Given the pending Settlement Conference, the Court granted the Parties' Joint Motion to Stay (ECF No. 22). ECF No. 25.

4. On October 25, 2024, Defendant Foley filed its Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction and did not consent to the jurisdiction of Magistrate Judge Prose. ECF No. 35.

5. The November 5, 2024, Settlement Conference was vacated in light of Foley's Non-Consent. ECF No. 36.

6. The Parties wish to proceed with resetting the Settlement Conference and are in the process of identifying a new date that is acceptable for all Parties and the Court. At present, it appears the Settlement Conference will not be reset until January 2025.

7. To allow the Parties to focus on the forthcoming Settlement Conference, rather than discovery and other case management obligations, and in the interest of early resolution of this litigation without further expenditure of party and judicial resources, the Parties respectfully request the Court extend the existing stay of this case until 14 days after the date on which the Settlement Conference is reset.

8. The Parties shall file either a Notice of Settlement or Second Status Report within 14 days after the Settlement Conference.

WHEREFORE, the Parties respectfully request the Court enter an order extending the existing stay of this case until 14 days after the date on which the Settlement Conference is reset.

Dated: November 8, 2024

3

                **FISHER & PHILLIPS LLP**

                *s/ Micah D. Dawson*
                Micah D. Dawson
                Janet M. Himmel
                FISHER & PHILLIPS LLP
                1125 17th Street, Suite 2400
                Denver, CO  80202
                Telephone:  303-218-3665
                Facsimile:  303-218-3651
                mdawson@fisherphillips.com
                jhimmel@fisherphillips.com


                ***Attorneys for Defendant Waste Management of Colorado, Inc.***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on November 8, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on the following:

*s/ Valerie Martinez*
For Fisher & Phillips LLP
